O

FILED
CLERK, U.S. DISTRICT COURT

MAR 21 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SA CR 13-00148-AG |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER |
| | ) | HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| v. | ) | U.S.C. § 3143(a)] |
| | ) | |
| ALFREDO ARCOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*nature of current allegations, including use of illegal drugs, failures to appear for drug testing, and alleged new criminal conduct; substantial criminal history with felony narcotics offenses*

1    and

2    B. ( X ) The defendant has not met his burden of establishing by clear and convincing

3    evidence that he is not likely to pose a danger to the safety of any other person or the

4    community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

5    C. *nature of current allegations, including use of illegal drugs, failures to appear for drug testing,*

6    *and alleged new criminal conduct; substantial criminal history with felony narcotics offenses*

7

8

9        IT THEREFORE IS ORDERED that the defendant be detained pending further

10   revocation proceedings.

11

12   Dated: *March 21, 2018*

13

14                                        _____
                                          JOHN D. EARLY

15                                        United States Magistrate Judge